FILED
CLERK, U.S. DISTRICT COURT

AUG - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI DESORBO, | ) Case No. CV 06-5791 DDP(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WILLIAM J. SULLIVAN | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 8-8-08

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE